**Opinion issued August 22, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00531-CR

## NO. 01-19-00532-CR

———————————

## IN RE JAMES MCBRIDE, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator seeks a writ of mandamus to compel the trial court to act on his motion for free records.[1]

---

[1] The underlying cases are *State of Texas v. James McBride*, cause numbers 48133 & 48134, pending in the 239th District Court of Brazoria County, Texas, the Honorable Patrick Sebesta presiding.

Relator has not established that the trial court violated a ministerial duty. *See In re Bonilla*, 424 S.W.3d 528, 533 (Tex. Crim. App. 2014) (indigent defendant not entitled to free trial record for preparation of collateral attack on conviction); *Escobar v. State*, 880 S.W.2d 782, 783-84 (Tex. App.—Houston [1st Dist.] 1993, published order) (citing *U.S. v. MacCollom*, 426 U.S. 317, 322–23, 328 (1976)) (to obtain free record, defendant must show his habeas is not frivolous and must demonstrate specific need for record).

Accordingly, we deny the petitions. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.